UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ARLENE OSBORNE

      Plaintiff,

v.                                                           Case No.  6:11-cv-1971-ORL-36TBS

FOURTEEN HUNDRED OFFICE
CONDOMINIUM, INC., a Florida nonprofit
corporation

      Defendants.
_____/

<u>ORDER</u>

Pending before the Court is Defendant's Second Motion for Enlargement of Time to Complete Mediation (Doc. 25).  Plaintiff has filed a response in opposition to the motion (Doc. 26).  Defendant seeks to extend the deadline for mediation until thirty days after the Court rules on Defendant's motion to dismiss.

Federal Rule of Civil Procedure 6(b) provides that a court may, for good cause, extend time to complete an act if a motion is filed "before the original time or its extension expires; or on motion made after the time has expired if the party failed to act because of excusable neglect."  Fed. R. Civ. P. 6(b)(1)(A) and (B).  The deadline to mediate this action was May 31, 2012.  Defendant filed its motion on July 11, 2012, almost exactly six weeks after the deadline passed.  Therefore, to succeed on its motion, Defendant must prove both good cause and excusable neglect.

As good cause, Defendant states that it has limited funds and participation in mediation would be unduly costly.  Defendant's desire to limit its legal expenses and avoid making a special assessment on its unit owners is understandable but does not,

in this Court's view, constitute good cause to further delay the mediation of this controversy.

Excusable neglect encompasses "inadvertence, mistake, or carelessness, as well as . . . intervening circumstances surrounding the party's omission." Fisher v. Office of State Attorney 13th Judicial Circuit Florida, 162 F. App'x 937, 940 (11th Cir. 2006) (citations omitted).  Defendant has not offered any evidence of excusable neglect.

Accordingly, upon due consideration, the Defendant's motion is **DENIED**.  The parties shall mediate this case within the next 45 days.

IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida on July 23, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel

2