UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:11-cv-1971-Orl-36TBD

ARLENE T. OSBORNE,

      Plaintiff,

vs.

FOURTEEN HUNDRED OFFICE
CONDOMINIUM, INC.,

      Defendant.               /

## STIPULATION FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL OF CASE WITH PREJUDICE

Plaintiff and Defendant, by and through undersigned counsel, hereby move this Court to approve the Settlement Agreement attached hereto as Exhibit "A".

Pursuant to Title III of the Americans with Disabilities Act, this Court is authorized to enter an order approving a settlement agreement requiring a public accommodation, when readily achievable, to alter facilities to make such facilities readily accessible to and usable by individuals with disabilities to the extent required by the Americans with Disabilities Act Accessibility Guidelines ("ADAAG").

WHEREFORE, Plaintiff and Defendant respectfully request this Court to approve the attached Settlement Agreement, retain jurisdiction to enforce the terms of the Settlement Agreement and dismiss the case with prejudice.

Respectfully submitted,

| For the Defendant | For the Plaintiff |
|---|---|
| /s/ Adam C. Herman | /s/ Michael R. Gibbons |
| ADAM C. HERMAN | MICHAEL R. GIBBONS |
| Florida Bar No.: 0146961 | Florida Bar No.: 0864625 |
| acherman@mdwcg.com | michael.gibbons@lowndes-law.com |
| Marshall, Dennehey, Warner, Coleman & Goggin | Lowndes, Drosdick, Doster, Kantor & Reed, P.A. |
| 315 E. Robinson Street, Suite 500 | P.O. Box 2809 |
| Orlando, Florida  32801 | Orlando, Florida  32802-2809 |
| Telephone:  (407) 420-4380 | Telephone:  (407) 843-4600 |
| Facsimile:  (407) 839-3008 | Facsimile:  (407) 843-4444 |
| | *Attorney for Arlene T. Osborne* |