UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ARLENE T. OSBORNE,**

      **Plaintiff,**

v.                                      Case No:  6:11-cv-1971-Orl-36TBS

**FOURTEEN HUNDRED OFFICE
CONDOMINIUM, INC.,**

      **Defendant.**
_____/

**O R D E R**

      Before the Court is the Stipulation for Approval of Settlement Agreement and Dismissal of Case With Prejudice (Doc. 36).  In accord with the Stipulation for Approval of Settlement Agreement and Dismissal of Case With Prejudice, it is **ORDERED AND ADJUDGED** as follows:

      1)      The Stipulation for Approval of Settlement Agreement and Dismissal of Case With Prejudice is **APPROVED** (Doc. 36).

      2)      The parties' Settlement Agreement and Release of All Claims (Doc. 37) is **APPROVED,** as it constitutes a fair and reasonable resolution of this case.

      3)      This cause is dismissed, with prejudice.

      4)      The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

      **DONE AND ORDERED** in Orlando, Florida on June 7, 2013.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record